**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**SUSAN BLEVINS**                                                                                           **PLAINTIFF**

**v.**                                            **3:07-CV-00140-WRW**

**LORETTA J. GRIZZLE, et al.**                                                                 **DEFENDANTS**

## ORDER

Pending is Defendant Core Carrier Corporation's Motion to Compel (Doc. No. 14). Since Plaintiffs have failed to respond to the motion, I assume they concede.

Accordingly, Defendant Core Carrier Corporation's Motion to Compel (Doc. No. 14) is GRANTED, and Plaintiffs are directed to respond to Defendant's discovery requests by 5 p.m., Friday, August 22, 2008.

IT IS SO ORDERED this 15th day of August, 2008.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE