**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**SUSAN BLEVINS**                                                                          **PLAINTIFFS**

**v.**                                          **3:07-CV-00140-WRW**

**LORETTA J. GRIZZLE,** *et al.*                                                          **DEFENDANTS**

<u>**ORDER**</u>

Pending is separate Defendant Great West Casualty Company's ("Great West") Motion to Dismiss (Doc. No. 27). Since Plaintiffs have failed to respond to the motion, I assume they concede.[1]

Accordingly, Defendant's motion is GRANTED, and Great West is DISMISSED from this case.

IT IS SO ORDERED this 20th day of January, 2009.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1]Plaintiffs response was due on Wednesday, December 31, 2008. On January 9, 2009, I sent Plaintiffs a letter directing them to respond by 5:00 p.m. on Friday, January 16, 2009. No response has been filed.